# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3628
_____

John Michael Carney

*Plaintiff - Appellant*

v.

Morgan E. Welch, in his capacity as Circuit Judge for Pulaski County Arkansas, Sixteenth Division; Central Arkansas Radiation Therapy Institute, doing business as CARTI; Doctors Company; Brent David Cameron, M.D.; Matthew Emery Hardee, M.D.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: June 18, 2025
Filed: June 24, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.
_____

PER CURIAM.

John Carney appeals following the district court's[1] dismissal of his civil action. Upon careful review, we conclude that dismissal was proper for the reasons articulated by the district court. *See Dalton v. NPC Int'l, Inc.*, 932 F.3d 693, 695 (8th Cir. 2019) (reviewing the grant of a motion to dismiss de novo).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.